**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 09-1295**

─────────

SAMUEL A. AGHIMIEN,

            Plaintiff – Appellant,

      v.

NORTH CAROLINA DEPARTMENT OF TRANSPORTATION; MICHAEL ORR,
Supervisor; MIKE BRUFF, Manager; ELINA ZLOTCHENKO,
Supervisor,

            Defendants – Appellees.

─────────

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  James C. Dever, III,
District Judge.  (5:08-cv-00213-D)

─────────

Submitted:  November 17, 2009        Decided:  November 19, 2009

─────────

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Samuel A. Aghimien, Appellant Pro Se.  Ebony Jeanelle Pittman,
NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina,
for Appellees.

─────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel A. Aghimien appeals the district court's order granting the Defendants' motion to dismiss his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Aghimien v. North Carolina Dep't of Transp., No. 5:08-cv-00213-D (E.D.N.C. Filed March 18, 2009; entered March 19, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED